# Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMANDA SEUTTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MEAD JOHNSON NUTRITION COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF DANIEL JENSKI**

I, Daniel Jenski, state as follows:

1. I am over 18 years old and make this declaration based on my review of certain corporate records maintained by Mead Johnson Nutrition Company and Mead Johnson & Company, LLC.

2. As part of my job duties as Consumer Insights and Analytics Director, I have visibility to the sales data for Mead Johnson & Company, LLC, a wholly owned subsidiary of Mead Johnson Nutrition Company.

3. I have reviewed sales data, kept in the normal course of Mead Johnson Nutrition Company's and Mead Johnson & Company, LLC's business, for the following products: Enfamil® A.R.™, Enfamil® Gentlease®, Enfamil® Enspire™ Gentlease®, Enfamil® NeuroPro™, Enfamil® NeuroPro™ Sensitive, Enfamil® Nutramigen®, and Enfamil® ProSobee® (the "Products").

4. The time period for the data spans from June 2019 through April 2024.

5. During that time period, aggregate sales revenue for Products sold in the State of Minnesota exceeded $5,000,000.

6. The total number of units of the Products sold in the State of Minnesota from June 2019 through April 2024 exceeded 100,000 units.

2

I verify under penalty of perjury that the foregoing is true and correct.

Executed on 05-Jun-2024 .

Daniel Jenski (Jun 5, 2024 19:21 EDT)

Daniel Jenski